[No. 6636–0–II. Division Two. March 2, 1984.]

EMPIRE FIRE AND MARINE INSURANCE COMPANY, *Respondent,* v. TOZIER & ASSOCIATES INSURANCE BROKERS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 28393, Gerald B. Chamberlin, J., entered October 30, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 10782–8–I. Division One. March 5, 1984.]

*In the Matter of the Marriage of* SUE BROWN, *Respondent, and* RALPH D. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 104090, John E. Rutter, Jr., J., entered August 27, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Corbett, A.C.J., and Ringold, J.

[No. 11142–6–I. Division One. March 5, 1984.]

TERRY L. MOON, *as Administratrix, Appellant,* v. STANDARD INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–07950–2, David W. Soukup, J., entered November 24, 1981. *Affirmed* by unpublished opinion per Soderland, J. Pro Tem., concurred in by Williams and Scholfield, JJ.